Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

LEONARD STONE
Attorney At Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
TEL.: (702)385-2220
FAX: (702)384-0394
E-MAIL: kshonfeld@shookandstone.com

Attorneys for Plaintiff
CORY D. MOORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORY D. MOORE | Case No.: 2:17-cv-01017-JCM-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Cory D. Moore and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from April 18, 2018 to May 18, 2018 for Plaintiff to file a motion for summary judgment, with all other

///

dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. The attorney responsible for writing this matter is involved in the preparation of three briefs to the Ninth Circuit, one finished last week, one due on Monday, and one due on Wednesday, all related cases that require coordinated briefing. The attorney responsible for this brief is also scheduled to present a paper at a conference in Atlanta on Friday, next week.

DATE: April 18, 2018     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Cory D. Moore


DATE: April 18, 2018     DAYLE ELIESON
Interim United States Attorney


/s/ *Sharon Lahey*

BY: _____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED: April 23, 2018

IT IS SO ORDERED:  _____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:17-CV-01017-JCM-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 20, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff