Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

LEONARD STONE
Attorney At Law:  5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
TEL.: (702)385-2220
FAX:  (702)384-0394
E-MAIL:  kshonfeld@shookandstone.com

Attorneys for Plaintiff
CORY D. MOORE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CORY D. MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-01017-JCM-VCF<br><br>STIPULATION FOR DISMISSAL |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Cory D. Moore ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social

-1-

1  Security ("Defendant"), that this matter be dismissed with prejudice, each party to
2  bear its own fees, costs, and expenses.  The parties enter into this stipulation
3  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring
4  no separate order of the Court.

5  DATE: April 30, 2018     Respectfully submitted,

6                  LAW OFFICES OF LAWRENCE D. ROHLFING

7                  /s/ *Lawrence D. Rohlfing*
8         BY:_____
              Lawrence D. Rohlfing
9             Attorney for plaintiff Cory D. Moore

10 DATE: April 30, 2018          DAYLE ELIESON
11                 Interim United States Attorney

12                 /s/ *Sharon Lahey*
13       BY:_____
              Sharon Lahey
14            Special Assistant United States Attorney
              Attorneys for defendant Nancy A. Berryhill
15            |*authorized by e-mail|

16            (Per e-mail authorization)

17
18
19
20
21
22
23
24
25
26

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:17-CV-01017-JCM-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 1, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CORY D. MOORE, | ) | Case No.: 2:17-cv-01017-JCM-VCF |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social, | ) | |
| Defendant. | ) | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

-1-

| | | |
|---|---|---|
| 1 | DATE: May 10, 2018 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | BY: /s/ *Cyrus Safa* |
| 4 | | Cyrus Safa<br>Attorney for plaintiff Cory D. Moore |

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:17-CV-01017-JCM-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 10, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff
_____

-3-